

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | No. 08-14-00219-CV |
| IN RE: DR. MANUEL ARANDA, JR., | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## **MEMORANDUM OPINION**

Dr. Manuel Aranda, Jr. Relator, has filed a motion to dismiss the mandamus proceeding he previously brought against the Honorable Mike Herrera, Judge of the 383rd District Court of El Paso County, Texas. We grant the motion, deny the motion for emergency relief as moot, and dismiss the mandamus proceeding.


August 13, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating